IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES JACKSON,                                No. C-09-2826 TEH (PR)

        Plaintiff,

    v.                                          ORDER OF TRANSFER

STEVE PLESSER, et. al.,

        Defendant(s).
_____/

        Plaintiff, an inmate in the Sacramento County Jail, has filed a pro se civil rights Complaint alleging various violations of his constitutional rights.  Doc. #1.  He also seeks leave to proceed in forma pauperis under 28 U.S.C. section 1915.  Doc. #2.

        A substantial part of the events or omissions giving rise to the claim(s) occurred in Sacramento County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

        Accordingly, in the interest of justice and pursuant to 28 U.S.C. section 1406(a) IT IS ORDERED that this action be TRANSFERRED

1  to the United States District Court for the Eastern District of
2  California.
3         The Clerk shall transfer this matter and terminate all
4  pending motions as moot.
5
6
7         IT IS SO ORDERED.
8
9
10 DATED    07/02/09                    _____
                                        THELTON E. HENDERSON
11                                      United States District Judge
12

26 G:\PRO-SE\TEH\CR.09\Jackson-09-2826-transfer.wpd

**2**